UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW GAYOT,

Plaintiff,

-against-

CORRECTIONAL OFFICER CURET, et al.,

Defendants.

**ORDER**

25-CV-07334 (PMH)

PHILIP M. HALPERN, United States District Judge:

On October 26, 2026, Plaintiff, *pro se*, and counsel for Defendant Curet appeared for a discovery conference. For the reasons stated on the record, Plaintiff's leave to file the amended complaint expired on August 14, 2026. (*See* Docs. 29-32, 35). Defendant is directed to send a copy of his outstanding discovery demands to Plaintiff via Fedex, and Plaintiff is directed to respond to such discovery demands by November 5, 2026. The parties may jointly request an extension of time for Plaintiff to respond to Defendant's discovery demands. The Court extended the deadline to complete all discovery to December 31, 2026. The Court also denied Plaintiff's request that the Court seek to appoint him *pro bono* counsel. (*See* Doc. 40). Plaintiff may consult with the City Bar Justice Center's clinic for *pro se* litigants, by visiting its website at https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/, or by calling (212) 382-4794. This clinic, which is neither part of nor run by the Court, assists *pro se* litigants with federal civil cases. *See* Transcript.

The case management conference scheduled for January 26, 2027 is adjourned to February 16, 2027 at 12:30 p.m.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

Dated: October 26, 2026
White Plains, New York

HON. PHILIP M. HALPERN
United States District Judge